December 17, 2021

The Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin
U.S. Courthouse, Room 203
125 S. Jefferson St.
Green Bay, WI 54301-4541



Your Honor,

I write today to ask for your help as I seek treatment for alcohol abuse through the Bureau of Prisons (BOP) RDAP program. A recommendation from you would allow me to seek the treatment I believe will help me stay on the straight and narrow path - now and beyond my term of incarceration.

As you know from my pre-sentence investigation report, and my own personal statement at sentencing, alcohol has been a persistent and problematic factor in my life for the last 20 years. My abuse of alcohol has affected every aspect of my life - I've lost relationships, jobs, and alcohol was a significant contributing factor in the behavior and lapses in judgement that led to my arrest.

I'm writing to ask for your help specifically because the BOP presently requires documentation of an alcohol or drug abuse problem within 12 months of the date of arrest. The Psychology and Drug treatment team here at FCI-Sandstone have been very supportive of my efforts to get into the RDAP program, unfortunately they need something indicating that my alcohol abuse problem existed during the 12 months prior to my arrest, in addition to the lengthy documentation already provided in my PSI detailing my previous inpatient and outpatient treatment in 2011.

I know that a statement from you recommending me for the RDAP program would go a long way, and would most certainly open the doors for treatment. During my first year of incarceration here at FCI-Sandstone, I've personally seen lives transformed by the RDAP program - and I'm aware that the program here at Sandstone is consistently one of the best in the nation in terms of results. That is why I pray that you will be able to assist me in availing myself to this program.

If you find it within your heart and mind to write a recommendation, it can be sent to the attention of Dr. Lorenzen, Drug Abuse Program Coordinator, FCI-Sandstone, Psychology Se

I also wanted to take a moment to provide you with a brief update on my journey. I began my term of incarceration during a momentous blizzard on February 4, 2021. Due to COVID quarantine procedures, I spent the first 21 days in solitary confinement inside the Segregated Housing Unit. I spent this time reading and reflecting, and in prayer and meditation.

Since I've been in the general population, I've continued reading and reflecting, and tending to my spiritual needs. I've read more than 100 books as of today's writing, and I've worked to find ways to stay productively engaged each day - even in the midst of severe COVID restrictions. I've found reading partners, and accountability partners. I've outlined the contours of my plan for release - when I intend to work to help other men in my shoes - by preventing them from going down the same path, and helping them rehabilitate if they already have. I also want to work to help ensure that even once a person has been designated a sex-offender that he is able to rehabilitate, and maintain a sense a dignity.

But I'm not simply waiting to make a difference when I'm back outside - I'm working to be a better me every day, in every way - right here and now. Specifically, in addition to reading voraciously, I'm enrolled in a Paralegal Studies Correspondence Course through Blackstone Education, I'm enrolled in a correspondence course studying Buddhism, and a correspondence course in Yoga. I also have become a runner - never having run in my life, on May 22nd, inspired by another inmate, I ran one lap around the track. The next day I ran 2, and my progress continued each time we had a moment outdoors. Just recently I ran 10 miles continuously in 1 hour and 40 minutes. This is a personal best for me both in terms of distance and time.

I also began working in Laundry Services at the beginning of August as the Clerk. In this role I am partially responsible for welcoming every new inmate to the compound, ensuring they have the clothes and supplies they need, and helping allay their fears and concerns as they adjust to a new environment. I've found this to be fulfilling for the mind, body, and spirit.

I've also had the opportunity to assist nearly a dozen fellow inmates with their legal work - most recently assisting one inmate who was granted compassionate release and went back home to his family earlier this month.

Most importantly, my time here has given me renewed perspective about what is truly important in life - God, family, and making a difference.

My reading journey has given me time to get to know my personal heroes better - from Ghandi to Dorothy Day, Jack Kornfield and Thich Nhat Hanh to Malcolm X and Thomas Merton. These and many more have helped me reframe the whole of my life thus far - instead of a series of triumphs and failures, I understand better the entirety of my experience as preparation for what's next. I truly believe that the best is yet to come. The most important work, the most purposeful work, the most meaningful experience of my life is what is unfolding now - through laundry and friendship, and service, and what will follow through non-profit, charity, and purpose-fulfilling work.

While I look forward to the future, I am also living in the present, soaking in this experience, and learning all that I can. As I said, I'm driven to make sure that I am improving every day, in every way.

When I walk out of Sandstone the only thing I'm certain I'll have is myself - that is why I'm so focused on improving mentally, physically, emotionally, and spiritually. I want to make sure my time here is used well.

I look forward to hearing from you, and I look forward to making you proud as I work to turn this corner in life into a catapult towards purpose.

I appreciate your time in reading this letter, and your consideration of my request for help in getting into the RDAP program.

Happy Holidays!

Sincerely,

David A. Hay

David Hay, 17194-089, Unit I
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072