February 10, 2022

The Honorable William C. Griesbach
U.S. District Judge
United States District Court
Eastern District of Wisconsin
125 S. Jefferson St., Suite 203
Green Bay, WI 54301



Your Honor:

   Thank you for taking the time to read my request for a letter of recommendation to the RDAP program, and for asking members of the US Probation office to look into the matter and respond. I truly appreciate your time and attention. Even though the outcome isn't what I had hoped for, it is comforting to know that there is support all around. While RDAP isn't meant to be, I'm committed to my recovery and will continue working every day to make myself better in every way.

   Thank you again, take good care.

Sincerely,

*David A. Hay*

David Hay, 17194-089, Unit I
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55071