February 10, 2022

Mitchell L. Farra
Supervising U.S. Probation Officer
125 South Jefferson Street
Suite 301
Green Bay, WI 54301

Dear Mr. Farra:

I just wanted to write a quick note of thanks for your time and energy in looking into my request about RDAP and for your kind reply. I appreciate you checking into the possibility for me. I'm trying to make myself better in every way, every day - as the saying goes. For me, that means trying as best as I can to avail myself to any and all help. So again, I truly appreciate your help. While the outcome isn't what I had hoped, it just wasn't meant to be. I'll continue working every day here to be better mentally, physically, emotionally and spiritually, and I look forward to returning to the community and my family, soon.
Thank you again, take care.

Sincerely,

David A. Hay

David Hay, 17194-089, Unit I
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072